BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

U.S. COURTS

JAN 14 2020

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN MICHAEL MADSEN,<br><br>Defendant. | Case No. CR 20-0006-S DCN<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) |

The Grand Jury charges:

## COUNT ONE

### Unlawful Possession of a Firearm
### 18 U.S.C. § 922(g)(1)

On or about December 6, 2019, in the District of Idaho, the defendant, AUSTIN

MICHAEL MADSEN, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, that is Possession of a Controlled Substance,

entered on or about December 6, 2018, in case number CR01-18-46513, in the District Court of

the Fourth Judicial District of the State of Idaho, in and for the County of Ada, did knowingly

**INDICTMENT - 1**

possess in and affecting commerce a firearm, that is, a Rossi, Model 88, .38 special caliber

revolver, bearing serial number W327255, said firearm having been shipped and transported in

interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## CRIMINAL FORFEITURE ALLEGATION

### Firearm Forfeiture
### 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)

Upon conviction of the offense alleged in Count One of this Indictment, the defendant,

AUSTIN MICHAEL MADSEN, shall forfeit to the United States, pursuant to 18 U.S.C.

§ 924(d), and 28 U.S.C. § 2461(c), any firearms or ammunition involved in or used in the

commission of the offense.  The property to be forfeited includes, but is not limited to, the

following:

    1.    <u>Seized Property.</u>

        a.    Rossi, Model 88, .38 special caliber revolver, bearing serial number

            W327255;

        b.    any associated ammunition.

    2.    <u>Substitute Assets.</u>  Pursuant to 21 U.S.C. § 853(p) and other applicable statutes,

the government will seek forfeiture of substitute assets, "or any other property of the defendant"

up to the value of the defendant's assets subject to forfeiture.  The government will do so when

the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

        a.    Cannot be located upon the exercise of due diligence;

        b.    Has been transferred or sold to, or deposited with, a third person;

        c.    Has been placed beyond the jurisdiction of the court;

        d.    Has been substantially diminished in value; or

        e.    Has been commingled with other property which cannot be subdivided

**INDICTMENT** - 2

without difficulty.

Dated this 14th day of January, 2020.


BART M. DAVIS
UNITED STATES ATTORNEY
By:


FRANCIS J. ZEBARI
ASSISTANT UNITED STATES ATTORNEY


**INDICTMENT** - 3